Benjamin Coxon

Travis County Texas United States of America

United States of America

Mailing Address

Benjamin Coxon

Care of

General Delivery

United States Postal Service Post Office

823 Congress Avenue Suit 150

Austin Travis County Texas United States of America

78701-9998

United States of America

Email bencoxonusa@outlook.com

Pro Se Petitioner

FILED
2023 AUG 31  AM 11:49
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY

United States District Court Western District of Texas

| Benjamin Coxon, | I |
|---|---|
| Petitioner | I Case Number |
|  | I |
|  | I |
|  | I APPLICATION |
| United States District Court | I FOR A |
| Western District of Texas, | I WRIT OF |

Respondent                                                                                                  I HAEBUS CORPUS

Parties

1.      Petitioner 1.

Benjamin Coxon

Travis County Texas United States of America

United States of America

Mailing Address

Benjamin Coxon

Care of

General Delivery

United States Postal Service Post Office

823 Congress Avenue Suit 150

Austin Travis County Texas United States of America

78701-9998

United States of America

Email bencoxonusa@outlook.com


2.      Respondent 1.

United States District Court Western District of Texas

501 West Fifth Street Suite 1100

Austin Travis County Texas United States of America

78701

United States of America

Telephone 1 512 916 5896

## Jurisdiction

The district courts have original jurisdiction of this civil action

as

United States Code Title Eighteen Section 1331,

the district courts shall have original jurisdiction of all civil actions arising under the Constitution,

laws, or treaties of the United States

.

## Venue

Issues of this case arose while the Plaintiff was located in the Northern District of California.

Venue is appropriate outside the Northern District of California

as

if the Plaintiff were located in the Northern District of California,

some suspects of violating laws of the United States of America against the Plaintiff significant in

this case might cause danger to the Plaintiff.

Venue is appropriate outside the Northern District of California

as

if the Plaintiff were located in the Northern District of California,

some suspects of violating laws of the United States of America against the Plaintiff significant in this case

might have increased abilities to influence [the Plaintiff or the context of the Plaintiff].

Venue is appropriate at a District different than the Northern District of California as

some [person or people] the Plaintiff suspected of violating [a law or laws] of the United States of America against the Plaintiff significant in this case might be [an officer, employee associate, officers, employees or associates] of United States District Court Northern District of California.

Venue is appropriate at United States District Court Western District of Texas Austin Division as

a significant portion of this case occurred while the Plaintiff was located in the Western District of Texas Austin Division.

Facts

Subsection

As

used in this legal document

"[Party 1]"

refers to

"Petitioner 1" described in the "Parties" Section of this legal document

.

As

used in this legal document

"[Party 2]"

refers to

"Respondent 1" described in the "Parties" Section of this legal document

.

As

used in this legal document

"[Party 3]"

refers to

"[a person or people] who have custody of or over [Party 1]"

.

In this legal document

as United States Code Title Twenty-Eight Section 2242

"the applicant"

is referred to as

[Party 1]

.

As

used in this legal document

"yx"

indicates

"error, possible error, unknown, note to review and or or note to edit"

.

Application For a Writ of Habeus Corpus

    As

United States Code Title Twenty-Eight Section 2242 -

> Application for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf.
>
> It shall allege the facts concerning the applicant's commitment or detention, the name of the person who has custody over him and by virtue of what claim or authority, if known.
>
> It may be amended or supplemented as provided in the rules of procedure applicable to civil actions.
>
> If addressed to the Supreme Court, a justice thereof or a circuit judge it shall state the reasons for not making application to the district court of the district in which the applicant is held.

-

The Plaintiff petitions the Court grant this application for a writ of Habeus Corpus.

1. Facts concerning the [commitment, commitments, detention and or or detentions] of the Plaintiff are -

1.1. yx

[Commitment, commitments, detention and or or detentions] of the Plaintiff are [complicated and or or complex].

[The Plaintiff [sent and made available] to the United States Federal Bureau of Investigation, Untied States Bureau of Alcohol Tobacco and Firearms, United States Department of Justice and United States Department of Homeland Security information [about and associated to] [commitment and detention] of the Plaintiff] during 2016 to 2023 including during each [2022 and 2023].

[The Plaintiff did not know of tech existing] during prior to [2010 to 2019].

[The Plaintiff learned of the existence of different aspects of tech] during 2010 to 2019.

The Plaintiff was [harassed, assaulted and kidnapped] during 2010 during [about June 2010] to [about August 2010].

The Plaintiff was [harassed, assaulted and kidnapped] during 2011 to 2023 during [the first half of 2010] to [August 30, 2023].

The Plaintiff verbally demanded written notice about force at the Plaintiff during [2015 to 2021] to August 2023.

The Plaintiff had not received written notice about force at the Plaintiff as of August 30, 2023.

2. the [name or names] of the [person or people] who [has or have] custody over the Plaintiff [is or are] -

2.1. as of August 31, 2023, not certainly known by the Plaintiff.

3. [A person or people] have [commitment, commitments, detention and or or detentions] [over or of] the Plaintiff by [virtue or virtues] of [this or these] [claim, claims, authority or authorities] -

3.1. yx

Benjamin Coxon

Travis County Texas United States of America

United States of America

Mailing Address

Benjamin Coxon

Care of

General Delivery

United States Postal Service Post Office

823 Congress Avenue Suit 150

Austin Travis County Texas United States of America

78701-9998

United States of America

Email bencoxonusa@outlook.com

[Electronic Signature [Benjamin Coxon [August 31, 2023 about 1002 Central Daylight Time Common Era Travis County Texas United States of America]]]