IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BENJAMIN COXON, | § | |
| Plaintiff, | § § § | |
| v. | § | 1:23-CV-1028-DII |
| UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS, et al., | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this date, the Court entered an order granting adopting the magistrate judge's report and recommendation and dismissing Plaintiff's claims with prejudice. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on October 20, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE